UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

   -vs-

Samuel Cole Madison            **Docket No. CRS. 05-013-LKK**

**COMES NOW** Sandra D. Hall, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Samuel Cole Madison, who was placed on bond by the Honorable Gregory G. Hollows, sitting in the Court at Sacramento, California, on the 26th day of January, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:641-Theft of U.S. Property; 18:2115-Post Office Burglary

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 16, 2005, and April 29, 2005, Mr. Madison submitted urine samples which subsequently tested positive for methamphetamine.

**PRAYING THAT THE COURT WILL ORDER** the matter placed on the Court's calender at the earliest available date, and orders the Pretrial Services officer to contact the defendant and/or his attorney of record and to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                               Respectfully submitted,

                                                               /s/ Sandra D. Hall

                                                               Sandra D. Hall
                                                               Pretrial Services Officer
                                                               DATE:  May 5, 2005

### ORDER

\_\_\_\_\_ *The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.*

\_\_\_\_\_ *The Court hereby orders this ex parte motion and order be sealed.*

\_\_\_\_\_ *The Court orders a summons be issued with an appearance date of _____.*

\_\_xx\_ *The Court hereby orders this matter placed on this court's calendar on May 17, 2005 at 9:30 a.m. in Courtroom No. 4 and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.*

\_\_\_\_\_ *The Court orders no action be taken.*

                                                  *Considered and ordered this 5th day of*
                                                  *May, 2005, and ordered filed and*
                                                  *made a part of the records in the above case.*

                                                  */s/Lawrence K. Karlton*
                                                  *Lawrence K. Karlton*
                                                  *Senior Judge*

rev. 3/93

**Bond Conditions:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside in the residence of Scott Madison and not absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the Pretrial Services Officer;

5. You shall refrain from the excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription from a licensed medical practitioner.  However, medical marijuana, prescribed or not, may not be used;

6. You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer; and

7. You shall seek and/or maintain employment.

**Chronology of Events:**

On March 2, 2005, the defendant pled guilty to count one of the Indictment before Your Honor, and judgment and sentencing has been set for May 24, 2005.